USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   4/15/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Khan et al,

                              Plaintiffs,

        -against-

State of New York through the Governor et al,

                              Defendants.

26-CV-2650 (NSR)

ORDER OF SERVICE

Nelson S. Roman, United States District Judge:

Plaintiff, who is proceeding *pro se*, paid the fees to commence this action. The Clerk of Court is directed to issue a summons as to State of New York through the Governor [Defendant #1 ]; Case No.:Governor Kathy Hochul in her official and personal capacity[Defendant #2]; Dutchess County through its Executive[Defendant #3]; Dutchess County Executive, Sue Serino, inher official and personal capacity [Defendant #4]; UnitedStates of America [Defendant #5]; Depmtment of Justice[Defendant #6]; Federal Bureau of Investigations [FBI][Defendant #7]; National Council of Churches of Christ[Defendant #8]; Bethel (Redding, CA) [Defendant #9];Bank of New York Mellon FKA The Bank of New York[Defendant #10]; Acadia Hudson, LLC [Defendant #11];and Board of Greenbriar Association [Defendant #12];Ostertag O'Leary Barrett & Faulkner [Defendant #13]. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of each summons.[1]

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint because Plaintiff had not paid the fees. The Court therefore extends the time to serve until 90 days after the date the summons is issued.

If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute. Plaintiff may receive court documents by email by completing the form, Consent to Electronic Service.[2]

Dated:  April 15, 2026
White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

---

[2] If Plaintiff consents to receive documents by email, Plaintiff will no longer receive court documents by regular mail.