MEMO ENDORSED

November 9, 2026

**Via Email and ECF**
Judge Nelson S. Roman
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re***: Request for a Revised Briefing Schedule***
Case #7:26-cv-02650 (NSR) *Khan et al v State of New York through the Governor et al*

Dear Judge Roman:

Plaintiffs consent to State Defendants request for extension of time to file its Motion to Dismiss Complaint and herewith provide the Court with a proposed revised briefing schedule that will accommodate Plaintiffs Cross-Motion to Defendants Motion to Dismiss Complaint. Plaintiffs will file a Cross-Motion serving supplemental pleadings, that is, an Affidavit to supplement the First Amended Complaint; its Memorandum of Law in Support; Synopsis to the Complaint; and Amended Attachment to the Cover-Sheet, pursuant to FRCP Rule 15(d) which states, 'On motion and reasonable notice, the court may, on just terms, permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented. The court may permit supplementation even though the original pleading is defective in stating a claim or defense. The court may order that the opposing party plead to the supplemental pleading within a specified time.' Plaintiffs may request any other relief via Cross-Motion.

Court via Order dated August 3, 2026 has implicitly granted Plaintiffs permission to file a Motion to Supplement the First Amended Complaint and other above stated documents in Support. See ECF #40 for the Court Order dated August 3, 2026, at footnote 2 and ECF #27 for Plaintiffs Affidavit in support of OSC at pages 34-44.

Below is Plaintiffs proposed briefing schedule for the Court's kind consideration:

- Defendants Motion to Dismiss Complaint is due on 11/16/2026. State Defendant's Motion to Dismiss Complaint is due on 12/16/2026;

- Plaintiffs single consolidated Opposition to all Motions to Dismiss Complaint and Cross-Motion is due on 01/15/2027;

- Defendants response to Cross-Motion is due on 01/29/2027;

- Defendants Reply to Plaintiffs Opposition to Motion to Dismiss Complaint and Plaintiffs Reply to Defendants response to Cross-Motion is due on 02/15/2026;

All documents served via mail will also be forwarded to each party via email on the same day the Motion papers are served via mail.

Thank you in advance for your kind consideration to Plaintiffs proposed revised briefing schedule.

Sincerely,

*/s/ Karen Khan*
Karen Khan,
Plaintiff #1 and Attorney for Plaintiff #2
Poughkeepsie, New York
Phone: 845-527-5387
Email: karen.hirneee2024@gmail.com

**Given the number of Defendants in this action, the Court finds it appropriate to modify the briefing schedule to establish uniform deadlines for all Defendants. Accordingly, all Defendants shall file their respective motions by December 16, 2026.**

**Plaintiff's request for leave to file a Motion to Supplement the First Amended Complaint is DENIED. The Court does not construe footnote 2 of its August 3, 2026 Order as granting Plaintiff leave to file such a motion. However, in light of the extension granted to Defendants, the Court will permit Plaintiff to file a consolidated opposition brief of up to 35 pages, an additional 10 pages beyond the Court's standard 25-page limit.**

**Accordingly, the briefing schedule is modified as follows:**

1. **Defendants' opening briefs: December 16, 2026;**
2. **Plaintiff's consolidated opposition: February 1, 2027; and**
3. **Defendants' reply briefs: February 16, 2027.**

**The Clerk of Court is respectfully directed to terminate the pending motions at ECF Nos. 95 and 96. The Clerk of the Court is further directed to mail a copy of this Order to Plaintiffs at the address listed on ECF.**

**Dated: November 11, 2026**
**White Plains, NY**

SO ORDERED:

NELSON S. ROMÁN
United States District Judge